## J. M. REESE v. STATE.
### No. 13548.

Court of Criminal Appeals of Texas.
April 30, 1930.

J. Walter Friberg, of Wichita Falls, for appellant.

A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is murder; penalty, confinement in the penitentiary for a period of 99 years.

The indictment charges a voluntary killing with malice aforethought. The facts heard before the jury are not brought forward. Neither do we find any legal questions presented for review by bills of exceptions or otherwise.

The judgment is affirmed.